**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LANA ARONNE, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>CREDIT CONTROL, LLC, a Missouri Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 10,<br><br>      Defendants. | CASE NO.: 2:18-cv-03744-ADS-AYS<br><br><br>NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* |

  **PLEASE TAKE NOTICE** that upon the annexed affidavit of the undersigned movant in support of this motion and Certificate of Good Standing annexed thereto, the undersigned respectfully moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Eastern District of New York, admitting Patrick A. Watts as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants, Credit Control LLC and John and Jane Does Numbers 1 through 10, in the above-captioned proceeding.

  The undersigned movant is a member in good standing of the bar of Missouri, and there are no pending proceedings against him in any State or Federal Courts.

DATED:  October 8, 2018

                  /s/ *Patrick A. Watts*_____
                  Patrick A. Watts, Esq.
                  WATTS LAW GROUP LLC
                  212 S. Bemiston Ave., Suite 200
                  St. Louis, Missouri 63105
                  Telephone: (314) 669-5490
                  Facsimile: (888) 632 6937
                  E-Mail: pwatts@swattslaw.com